

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2025

No. 04-24-00815-CV

**DUNN'S LOGISTICS, INC**. dba Eagle Transportation,
Appellant

v.

**BMS CONSTRUCTION, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI25829
Honorable Monique Diaz, Judge Presiding

**ORDER**

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 5, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk